UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELIPE ROSALES RUIZ,

        Petitioner,

v.

ROBERT HOREL, Warden,

        Respondent.
                                       /

No. C 08-3215 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Superior Court in and for Merced County. Merced County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at Pelican Bay State Prison, which is in this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Because petitioner was convicted in Merced County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(-a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: July __10__, 2008.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\HC.08\RUIZ3215.TRN.wpd